# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

### STATE OF LOUISIANA

**ANDREA WILLIAMS-DEYOE**              **CIVIL ACTION  19-cv-2709**

**VERSUS**

**DANOS, L.L.C**                                     **STATE OF LOUISIANA**

---

## COMPLAINT

---

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, Andrea Deyoe-Williams, a person of the full age of majority and resident of the State of Mississippi, to respectfully represent that:

**1.**

This Court has original jurisdiction to hear this Complaint and to adjudicate the claims stated herein under 28 U.S.C. § 1331, this action being brought under the FLSA, 29 U.S.C. § 206(d).

**2.**

Venue is proper in the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391 because defendant resides in this district, and because a substantial part of the events or omissions giving rise to the claims occurred in this district.

**3.**

Made Defendant is DANOS, L.L.C. a domestic limited liability company, whose address is located at 3878 West Main Street, Gray, Louisiana 70359

**4.**

Defendant is indebted unto Plaintiff for unequal wages and unpaid wages that were not paid in accordance Equal Pay Act of 1963 (EPA), liquidated damages, statutory penalties, attorney's fees, plus legal interest from the date of judicial demand, until paid, equitable relief and for all costs of these proceedings, for the following to wit:

**5.**

On or about May 1, 2017, a contract between DANOS and Shell Aviation Logistics positions in the Gulf of Mexico became effective. DANOS extended employment to all existing personnel who worked for other companies, including Petitioner, a female, but at different rates of pay. The rate of pay ranged from Twenty-Two Dollars ($22.00) per hour to Twenty-Five Dollars ($25.00) per hour.  Petitioner had been an employee for several years and was offered Twenty-Two Dollars ($22.00) per hour when the contract became effective, which she declined. Defendant extended another offer of employment at Twenty-One Dollars ($21.00); when Petitioner questioned why the offer was lower that time she was told "things had changed". After her expressing her concerns, she was offered Twenty-Two Dollars ($22.00) per hour for a second time, for which she accepted.

**6.**

Petitioner contacted DANOS' Shell Account Manager and asked why she was never offered Twenty-Five Dollars ($25.00) per hour like other employees whose qualifications were at minimum equal or less than hers. The representative told Plaintiff at this time, "we just didn't".

**7.**

Petitioner works as an Aviation Logistic Coordinator at Defendant's place of business. There are two other males with this job title and similar job duties, but Petitioner's duties are

more expansive. These male coworkers were offered twenty-five dollars ($25.00) per hour, while petitioner was only offered twenty-two ($22.00) per hour.

**8.**

The foregoing conduct constitutes a violation of the Equal Pay Act of 1963 (EPA).

**9**.

Therefore, the Defendant is obligated unto Plaintiff for $15,979.50 due to her as unequal wages, doubled as liquidated damages for a total of $31,959.00, plus attorney's fees and court costs, as well as injunctive relief to raise petitioner's pay rate to equal that of her male coworkers.

**WHEREFORE,** Plaintiff, Andrea Williams-Deyoe, prays for judgment herein in her favor and against the Defendant, DANOS, L.L.C, for an amount of unequal wages, liquidated damages, as well as injunctive relief, with interest from date of judicial demand until paid, for all costs of the proceedings, with reasonable attorney's fees, and for notice of all judgments or decrees of this Honorable Court, whether interlocutory or final.

Respectfully Submitted:
*s/Gregory J. Miller*
Gregory J. Miller No. 17059
**MILLER,HAMPTON, & HILGENDORF**
3960 Government Street
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile: (225) 343-2870
Email: gjm@mlhlaw.com
*Attorney for Andrea Williams-Deyoe*